In the Matter of the Final Judicial Settlement of the Accounts of Douglass Boardman, as Executor of the Last Will and Testament of Jennie McGraw-Fiske, Deceased.

Thomas H. McGrane and others, Appellants, v. George R. Williams and another, as Executors, Respondents. — Decree of the Surrogate's Court modified by deducting from the amount of commissions allowed therein to the executor the sum of $2,575, and, as modified, affirmed, without costs of this appeal to either party. Hardin, P. J., not voting.

Edmund M. Reed, Jr., Respondent, v. The Canastota Northern Railroad Company, Appellant.— Judgment reversed on the law and facts and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

De Witt C. Middleton and another, Respondents, v. Richard M. Esselstyn, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Marcus Brounstein, Appellant, v. Julius M Wile and others, Respondents. — Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by Merwin, J.; dissenting opinion by Hardin, P. J.

Jane Teeter, Respondent, v. Andrew Teeter and others, Appellants. — Judgment and order affirmed, with costs against the appellants. Opinion by Hardin, P. J.

William W. Gilmore, Appellant, v. Edward E. Ham, Respondent. — Judgment affirmed, with costs. Opinion by Merwin, J.

William H. De Mott, Appellant, v. Francis M. Kendrick, Respondent. — Judgment modified by striking out the portion thereof which awards the title to the claim against Collins, Dasey & Leahy to the defendant, and by adding to the amount of the recovery by the defendant $525, thus making the amount of the recovery the sum of $957.28 instead of $432.28; and, as so modified, affirmed, without costs to either party. Opinion by Merwin, J.

Morris S. Miller, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Mem. *Per Curiam.*

Philip R. Corlyon, Respondent, v. Timothy N. Doane, Appellant, Impleaded, etc.— Judgment affirmed, with costs.

Helen C. Beardslee and another, Respondents, v. Henry A. Dolge, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Martin, J.; Hardin, P. J., not voting.

Malinda Hall, Respondent, v. London Assurance Corporation, Appellant. — Motion denied.

William Evans, Appellant, v. Margaret Dalton, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Ebenezer H. Hart, Respondent, v. Minor T. Jones and others, Appellants.—Order affirmed, with ten dollars costs and disbursements.

Austin O. Ames and another, Respondents, v. Amos L. Mason, Appellant, Impleaded, etc. — Order modified so that the appellant be restrained only until the further order of the court or the determination of the action, and as so modified affirmed, without costs to either party.

Nina Howe, Appellant, v. James R. Pickett, as Surviving Administrator, Respondent.—Judgment and order affirmed, with costs.

Duane Pickert, Appellant, v. Richard D. Bunkey, Respondent. — Order reversed, with ten dollars costs and disbursements; motion denied, with ten dollars costs. (Following 43 Hun, 214; 24 Weekly Dig., 368; 45 Hun, 319.)

Wilmot E. Knapp, Appellant, v. Carrie A. Knapp, Respondent. — Order reversed, with ten dollars costs and disbursements.

Watts T. Loomis and others, Executors, Respondents, v. Abram E. Bellinger, Appellant.— Judgment affirmed, with costs.

In the Matter of the Probate of the Last Will and Testament of Lorenzo M. Sheldon, Deceased.

Solemus D. Seamans, Appellant, v. Truman H. Day, Respondent. — Decree of the Surrogate's Court affirmed, with costs.

James J. Dunham, Appellant, v. Ezra P Allen, Respondent. — Judgment reversed and a new trial ordered, with costs to abide the event.

Jane Vader, Respondent, v. William Reed, Appellant —Judgment and order reversed upon the exceptions and a new trial ordered, with costs to abide the event.

William C. Allison, Appellant, v. Harvey N. Loomis and another, Respondents, Impleaded, etc. — Judgment affirmed, with costs.

Same v. Same. — Order modified so as to limit the allowance to $200, and as modified affirmed, with ten dollars costs and disbursements to the appellant. (See 31 Hun, 384; 39 id., 566; 59 id., 351; 15 Civ. Pro. Rep., 171.)

Flora M. Cronk, Respondent, v. Asel Wilcox, Appellant.—Judgment and order reversed and a new trial ordered, with costs to abide the event. *Held:* (1st.) Verdict is against the weight of evidence. (2d.) The court erred in instructing the jury that Warner would be entitled to the recovery awarded. (3d.) The court erred in excluding the evidence of the witness Walters as to the conversation between her and the defendant.

Melville L. Greenfield, Respondent, v. George W. Getman and another, as Executors, Appellants.—Judgment and order affirmed, with costs.

Jane Mills, Respondent, v. Charles Mills, Appellant.—Judgment affirmed, with costs.

John A. Johnson, Respondent, v. David Devan, Appellant.—Judgment of the County Court and of the Justice's Court reversed, with costs. *Held,* that the justice erred in excluding the second mortgage and evidence that it was fraudulent.

Mary Frink, Respondent, v. Freeman Frink and another, Appellants. — Judgment and order affirmed, with costs.

Ed. Farr, Respondent, v. Catharine Warren, Appellant. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Edwin S. Hoagland, Appellant.—Appeal dismissed.

James Murphy, an Infant, by Guardian, Appellant, v. New York, Ontario and Western Railroad Company, Respondent. — Judgment affirmed, with costs.

Jay A. Loomis, Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent.—Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event.

William G Cross, Respondent, v. Philo W. Casler and David F. Broughton, Appellants. — Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held,* that the question of plaintiff's ownership of the horse should have been submitted to the jury.

Alice Roberts, Appellant, v. James S. Love, Respondent. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. *Held,* that the question of plaintiff's ownership of the horse should have been submitted to the jury.

James Whitney, Appellant, v. John C. Roe, Respondent. — Order affirmed, without costs of appeal to either party.